Larry Chae (State Bar No. 268979)
lchae@veracislaw.com
VERACIS LAW CORPORATION
333 City Boulevard West, Suite 1700
Orange, California 92868
Tel:   (714) 453-9915
Fax:   (714) 464-4671

Attorney for Plaintiff RICHARD VALDES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VALDES,<br><br>         Plaintiff,<br><br>  vs.<br><br>FORD MOTOR COMPANY, *et al.*,<br><br>         Defendant(s). | Case No.: 3:21-CV-1315 GPC (MSB)<br><br>Action Filed: June 21, 2021<br>Removed:     July 22, 2021<br>Trial Date:   *Pending*<br><br>**JOINT MOTION REQUESTING CONTINUANCE OF FORD MOTOR COMPANY'S MOTION TO DISMISS** |

**TO THE JUDGE OF THE UNITED STATES DISTRICT COURT:**

   Plaintiff RICHARD VALDES ("Valdes") and Defendant FORD MOTOR COMPANY ("Ford") hereby submit the following stipulated, joint motion:

   WHEREAS, the instant action was commenced on June 21, 2021;

   WHEREAS, the Parties have since been exploring informal settlement discussions and are continuing to have ongoing discussions;

   WHEREAS, Ford filed a Motion to Dismiss certain claims from Valdes' Complaint on July 29, 2021, with a hearing set for October 1, 2021 (ECF Dkt. No. 4);

1  WHEREAS the Court set a briefing schedule for the motion, with Valdes' Opposition Brief due on August 20, 2021 and the Reply Brief due on September 10, 2021 (ECF Dkt. No. 5);

WHEREAS, the Parties have met and conferred concerning the instant stipulation and jointly believe a continuance of the hearing and briefing schedule for the Motion to Dismiss would further the interests of justice and preserve the parties' and the Court's judicial resources;

THEREFORE, based on the foregoing, Valdes and Ford hereby jointly move, stipulate and request as follows:

1. The hearing for Ford's Motion to Dismiss be continued at least 30 days (to Nov. 1, 2021, or as soon thereafter as the Court's schedule will permit);
2. The deadline for Plaintiff's opposition be continued at least 30 days (to September 30, 2021); and
3. The deadline for Defendant's reply be continued at least 30 days (to October 11, 2021).

IT IS SO STIPULATED.

(*Signatures on following page*)

| | |
|---|---|
| DATED: August 17, 2021 | WILSON TURNER KOSMO LLP |
| | By: /s/ *Jason M. Avelar* |
| | JASON M. AVELAR |
| | Attorney for Defendant FORD MOTOR COMPANY |
| DATED: August 17, 2021 | VERACIS LAW CORPORATION |
| | By: /s/ *Larry Chae* |
| | LARRY CHAE |
| | Attorney for Plaintiff RICHARD VALDES |

JOINT MOTION REQUESTING CONTINUANCE OF FORD'S MOTION TO DISMISS