Larry Chae (State Bar No. 268979)
lchae@veracislaw.com
VERACIS LAW CORPORATION
333 City Boulevard West, Suite 1700
Orange, California 92868
Tel:   (714) 453-9915
Fax:   (714) 464-4671

Attorney for Plaintiff RICHARD VALDES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VALDES,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY, *et al.*,<br><br>                    Defendant(s). | Case No.: 3:21-CV-1315 GPC (MSB)<br><br>Action Filed: June 21, 2021<br>Removed:       July 22, 2021<br>Trial Date:      *Pending*<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (PURSUANT TO FED. R. CIV. PROC. RULE 41)** |

The parties to this action, acting through counsel of record and pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A(ii), hereby stipulate, in consideration of a negotiated settlement executed and satisfied by them, to dismiss the instant action. Such dismissal shall be with prejudice with each party to bear its own attorney's fees and costs.

*(Signatures on following page)*

VERACIS LAW CORPORATION
333 City Boulevard West, Suite 1700 | Orange, California 92868

DATED: December 22, 2021        WILSON TURNER KOSMO LLP


                                By: /s/ Jason Avelar
                                    JASON M. AVELAR
                                Attorney for Defendant FORD MOTOR
                                COMPANY


DATED: December 22, 2021        VERACIS LAW CORPORATION


                                By: /s/ Larry Chae
                                    LARRY CHAE
                                Attorney for Plaintiff RICHARD
                                VALDES